42659. WINN-DIXIE STORES, INC. v. BOATRIGHT.

FELTON, Chief Judge. This case is controlled by the case of *Boyd v. Piggly Wiggly Southern, Inc.*, 115 Ga. App. 628. Accordingly, the court erred in its judgment overruling the renewed general demurrer to the petition as amended, which sought a recovery based upon the defendant's unlawful scheme.

*Judgment reversed. Hall and Eberhardt, JJ., concur.*

ARGUED MARCH 6, 1967—DECIDED APRIL 24, 1967.

*Noland & Coney, John L. Coney,* for appellant.
*A. H. Leatherwood, Sr.,* for appellee.